FILED
JAMES J. VILT, JR. - CLERK

APR 2 3 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF KENTUCKY – BOWLING GREEN DIVISION

1:26-cv-69-GNS

**Dana Emmitt-Steadman (formerly Dana Emmitt Hall)**
**Plaintiff**

**v.**
**Kentucky State Police; Barren County Sheriff's Office; Kentucky Department of Agriculture; Detective Robert Walker; Ryan Quarles; Jonathan Shell; Doris Hamilton**
**Defendants**

# COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## I. INTRODUCTION

This action arises from the unlawful seizure of approximately 350 pounds of legally cultivated hemp from Plaintiff's farm on June 11, 2020. Plaintiff was licensed and compliant with federal law (Exhibit 44). Despite this, Defendants seized Plaintiff's property, causing severe economic and ongoing personal and business harm.

## II. JURISDICTION

This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 because this action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983.

## III. PARTIES

Plaintiff Dana Emmitt-Steadman is a resident of Barren County, Kentucky. Defendants include Kentucky State Police, Barren County Sheriff's Office, Kentucky Department of Agriculture, Detective Robert Walker, Ryan Quarles, Jonathan Shell, and Doris Hamilton, all acting under color of law.

## IV. FACTUAL BACKGROUND

Plaintiff operated a licensed hemp farm and CBD business. All hemp was tested and compliant with federal THC limits (Exhibit 1). Despite this, Defendants executed a warrant and seized Plaintiff's hemp. No criminal charges followed.

A newspaper article falsely stated Plaintiff's business was shut down (Exhibit 47), causing reputational damage.

Other operators were allowed to continue operating and were publicly listed (Exhibit 52), while Plaintiff was excluded.

Plaintiff notified the Office of the Attorney General regarding the unlawful seizure (Exhibit 54), but no corrective action was taken.

Ongoing Business Harm and 2025 Court Order:

In August 2025, Plaintiff was subject to a court order issued by Judge John Alexander requiring a pause in business operations pending an inspection by the Cabinet for Health and Family Services (Exhibit 55).

Plaintiff fully complied and awaited inspection for approximately two months; however, no inspection occurred during that time.

After a prolonged lack of action by the responsible agency, Plaintiff resumed business operations.

Although Plaintiff's business is currently open, it has experienced a substantial and ongoing decline in sales, customer trust, and overall viability as a direct and continuing result of the original 2020 seizure and subsequent events.

Scientific Context:

Peer-reviewed literature confirms THCa is non-psychoactive and converts to THC only with heat (Exhibit 53). Plaintiff's hemp was raw and compliant at time of seizure.

Medical Context:

Plaintiff is a registered medical cannabis patient and caregiver, and her adult son is also a registered patient (Exhibits 45, 46, 49). The seizure disrupted access to therapeutic products.

## V. CLAIMS FOR RELIEF

Count I – Fourth Amendment: Unlawful seizure without probable cause.

Count II – Fourteenth Amendment: Deprivation of property without due process.

Count III – Equal Protection: Selective enforcement compared to similarly situated operators.

Count IV – Deprivation of Rights Under Color of Law.

## VI. DAMAGES

Plaintiff seeks compensatory damages exceeding $700,000, including lost property, business losses, reputational harm, and medical impact.

Plaintiff further seeks damages for ongoing economic harm, including reduced sales, diminished customer base, and long-term impairment of business viability following the 2025 court-ordered disruption and continued regulatory uncertainty.

Plaintiff also seeks punitive damages.

## VII. INJUNCTIVE RELIEF

Plaintiff seeks relief preventing further unlawful targeting and ensuring equal treatment under the law.

## VIII. JURY DEMAND

Plaintiff demands a trial by jury.

Respectfully submitted,

*Dana Emmitt-Steadman    4-20-26*

Dana Emmitt-Steadman
2820 Bon Ayr Rd
Park City, KY 42160
Phone: 270-670-4000
Email: Dana52171@gmail.com