AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

**FILED**

JAMES J. VILT, JR. - CLERK

JUN 01 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Dana Emmitt Steadman (AKA) (Hall) )
_____ )
Plaintiff(s) )
v. )
)
)
)
Barren County Sheriffs office )
_____ )
Defendant(s) )

Civil Action No. 1:26-cv-00069-GNS

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Barren County Sheriffs Office
117 N. Public Square
Glasgow Ky. 42141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dana Emmitt Steadman
2820 Bon Ayr Rd.
Park City Ky 42160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4-30-26

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00069-GNS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Barren County Sheriff
was received by me on *(date)* 5/4/26 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* By Certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-22-26

Dana Emmitt Steadman
*Server's signature*

Dana Emmitt Steadman
*Printed name and title*

2820 Bon Ayr Rd. Park City Ky 42160
*Server's address*

Additional information regarding attempted service, etc:

RETURN

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
Western District of Kentucky

Dana Emmitt Steadman (AKA Hall)

*Plaintiff(s)*

v.

Barren County Sheriffs Office

*Defendant(s)*

RECEIVED
MAY 0 4 2026
BARREN COUNTY
SHERIFF'S OFFICE

Civil Action No. 1:26-cv-00069-GNS

FILED
JAMES J. VILT, JR. - CLERK
JUN 0 1 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Barren County Sheriffs Office
117 N. Public Square
Glasgow Ky. 42141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dana Emmitt Steadman
2820 Bon Ayr Rd.
Park City Ky 42160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4-30-26

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00069-GNS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Barren Co Sheriff's Office (Kent Keen, Sheriff)

was received by me on *(date)* May 04, 2026 .

☐ I personally served the summons on the individual at *(place)* 117-18 N. Public Square

Glasgow, Ky 42141                   on *(date)* 05-05-26 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05-05-26 _____
Server's signature

Kevin Wilson    Civil Process Server .
Printed name and title

117-18 N. Public Sq. Glasgow, Ky 42141
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Kentucky

**FILED**

JAMES J. VILT, JR. - CLERK

JUN 0 1 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Dana Emmitt Steadman (AKA Hall)
_____
Plaintiff(s)

v.

Ky. State Police Headquarters, PS.
_____
Defendant(s)

Civil Action No. 1:26-cv-00069-GNS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ky State Police
914 Versailles Rd.
Frankfort Ky 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dana Emmitt Steadman
2820 Bon Ayr Rd.
Park City Ky 42160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4-30-26 _____

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26 CV-00069-GNS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ky State Police

was received by me on *(date)* 5-14-26

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* By Certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 5-22-26

Dana E. Steadman
*Server's signature*

Dana Emmitt Steadman
*Printed name and title*

2820 Bon Ayr Rd. Park City Ky
*Server's address*
42160

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

**FILED**

JAMES J. VILT, JR. - CLERK

JUN 01 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Dana Emmitt Steadnam (AKA) (Hall)
_Plaintiff(s)_

v.

Ky. Dept. of Agriculture
_Defendant(s)_

Civil Action No. 1:26-cv-00069-GNS

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Ky. Dept. of Agriculture
111 Corporate Drive
Frankfort Ky 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dana Emmitt Steadman
2820 Bon Ayr Rd.
Park City Ky 42160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4-30-26

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-00069-GNS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Ky Dept of Ag_

was received by me on *(date)* _5/7/24_ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* _By Certified mail_

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _5-22-24_

_Dona E. Steadman_
Server's signature

_Dana Emmitt Steadman_
Printed name and title

_2820 Bon Ayr Rd. Park City Ky 42160_
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Kentucky

**FILED**

JAMES J. VILT, JR. - CLERK

JUN 01 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Dana Emmitt Hall Steadman (AKA) (Hail) DS

_Plaintiff(s)_

v.

Civil Action No. 1:26-cv-00069-GNS

Det. Robert Walker

_Defendant(s)_

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Det. Robert Walker
c/o Ky State Police
919 Versailles Rd.
Frankfort Ky 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dana Emmitt Steadman.
820 Bon Ayr Rd.
Park City Ky 42160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4-36-24

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-00069-GNS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Det. Robert Walker

was received by me on *(date)* 5-6-22 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* By Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-22-24

Dana E. Steadman
*Server's signature*

Dana E. Steadman
*Printed name and title*

2820 Bon Ayr Rd. Park City ky 42160
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
Western District of Kentucky

**FILED**

**JAMES J. VILT, JR. - CLERK**

**JUN 0 1 2026**

**U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY**

Dana Emmitt Steadman (AKA Hall)
_____

Plaintiff(s)

v.

Ryan Quarles
_____

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:26-cv-00069-GNS

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ryan Quarles
300 N. Main St.
Versailles Ky 40383

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dana Emmitt Steadman
2820 Bon Ayr Rd.
Park City Ky 42160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4-30-26
_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-00069-GNS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ryan Quarles__

was received by me on *(date)* __5-14-26__ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*  By Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __5-22-26__

__Dana E. Steadman__
Server's signature

__Dana E. Steadman__
Printed name and title

__2820 Bon Ayr Rd. Park City Ky 42160__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

**FILED**

JAMES J. VILT, JR. - CLERK

JUN 01 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Dana Emmitt Steadman (AKA Hall)

_____
Plaintiff(s)

v.                                    Civil Action No. 1:26-cv-00069-GNS

Jonathan Shell

_____
Defendant(s)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Jonathan Shell
C/o Ky Dept of Ag.
111 Corporate Drive
Frankfort Ky 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dana Emmitt Steadman
2820 Bon Ayr Rd.
Park City Ky 42160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4-30-26                          _____
                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00069-GNS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Jonathan Shell

was received by me on *(date)*   5-5-26   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   By Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   5-22-24

Dana E. Steadman
*Server's signature*

Dana E. Steadman
*Printed name and title*

2820 Bon Ayr Rd. Park City Ky
42160
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

**FILED**
JAMES J. VILT, JR. - CLERK

JUN 01 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Dana Emmitt Steadman (AKA) (Hall)
_____
*Plaintiff(s)*

v.

Doris Hamilton
_____
*Defendant(s)*

Civil Action No. 1:26-cv-00069-GNS

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Doris Hamilton
C/o. Ky Dept. of Ag.
111 Corporate Drive
Frankfort Ky 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dana Emmitt Steadman
2820. Bon Ayr Rd.
Park City Ky. 42160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4-30-24
_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-00069-GNS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Doris Hamilton

was received by me on *(date)*  5-5-26  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  By Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  5-22-26

Dana E. Steadman
*Server's signature*

Dana E. Steadman
*Printed name and title*

2820 Bon Ayr Rd. Park City Ky
*Server's address*    42160

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

**FILED**

JAMES J. VILT, JR. - CLERK

JUN 01 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Dana Emmitt Steadman (AKA) (Hall)
_____
Plaintiff(s)

v.

Office of Attorney General
_____
Defendant(s)  Russell Coleman

Civil Action No.  1:26-cv-00069-GNS

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Russell Coleman
Office of Attorney General
700 Capital Ave. Suite 118
Frankfort Ky 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dana Emmitt Steadman
2820 Bon Ayr Rd.
Park City Ky 42160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4-30-26

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-00069-GNS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  AG Russell Coleman

was received by me on *(date)*  5-14-26  .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  By Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  5-22-26

*Dana E. Steadman*
_____
Server's signature

Dana E. Steadman
_____
Printed name and title

2820 Bon Ayr Rd. Park City KY
_____  42160
Server's address

Additional information regarding attempted service, etc:

## Card 1 (top left)

or on the front if space permits.

1. Article Addressed to:

Russell Coleman

700 Capital Ave, Suite 118
Frankfort Ky 40601

9590 9402 9896 5335 6974 37

2. Article Number (Transfer from service label)

9589 0710 5270 3717 4437 47

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

## Card 2 (top right)

A. Signature
X _____

B. Received by (Printed Name)

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Mail
☐ Insured Mail Restricted Delivery

1. Article Addressed to:

Ryan Quarles
300 N. Main St.
Versailles Ky 40383

9590 9402 9896 5335 6974 68

2. Article Number (Transfer from service label)

9589 0710 5270 3717 4437 68

## Card 3 (middle left)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Doris Hamilton
C/o Ky Dept of Ag
111 Corporate Drive
Frankfort Ky 40601

9590 9402 9896 5335 6974 44

2. Article Number (Transfer from service label)

9589 0710 5270 3717 4437 54

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
5/5/20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

## Card 4 (middle right)

A. Signature
X Bill Raylam ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Bill Raylam

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

1. Article Addressed to:

Det. Robert Walker
C/o Ky State Police
919 Versailles Rd.
Frankfort Ky 40601

9590 9402 9896 5335 6974 75

2. Article Number (Transfer from service label)

9589 0710 5270 3717 4437 78

## Card 5 (bottom left)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jonathan Shell
C/o Ky Dept of Ag
111 Corporate Drive
Frankfort Ky 40601

9590 9402 9896 5335 6974 51

2. Article Number (Transfer from service label)

9589 0710 5270 3717 4437 61

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
5/5/20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barren County Sheriff
117 N. Public Square
Glasgow Ky 42141

9590 9402 9896 5335 6974 99

2. Article Number (Transfer from service label)

9589 0710 5270 3717 4438 08

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  Phelps

C. Date of Delivery  5/4/26

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ky State Police
919 Versailles Rd
Frankfort Ky 40601

9590 9402 9896 5335 6975 05

2. Article Number (Transfer from service label)

9589 0710 5270 3717 4437 92

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bill Raybon  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  Bill Raybon

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ky. Dept. of Ag
111 Corporate Drive
Frankfort Ky 40601

9590 9402 9896 5335 6974 82

2. Article Number (Transfer from service label)

9589 0710 5270 3717 4438 15

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery  5/7/26

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ail
☐ ail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



Dana Steadman
2820 Bon Ayr Rd
Park City, KY 42160



CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

9589 0710 5270 4021 5879 98

U.S. POSTAGE PAID
FCM LG ENV
GLASGOW, KY 42141
MAY 26, 2026
$12.14
S2324K502803-02

Retail

UNITED STATES POSTAL SERVICE®

RDC 99

42101

United States District Court, Western District of Ky
Bowling Green Division
421 E. Main Street
Bowling Green Ky 42101

RECEIVED
JAMES J. VILT, JR. - CLERK
JUN 01 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY