**UNITED  STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: _____ Jul 15, 2026 _____

**DANA EMMITT STEADMAN**

    *Plaintiff*

v.                                                          **Civil Action No. 1:26-cv-00069-GNS**

**KENTUCKY STATE POLICE, et al.**

    `*Defendants*

---

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT ATTORNEY GENERAL RUSSELL COLEMAN'S MOTION TO DISMISS**

Plaintiff Dana Emmitt Steadman, a.k.a. Dana Emmitt Hall, proceeding pro se, respectfully submits this Response in Opposition to Defendant Attorney General Russell Coleman's Motion to Dismiss and states as follows:

I. INTRODUCTION

Plaintiff acknowledges that Attorney General Russell Coleman was not alleged to have personally participated in the June 11, 2020 seizure of Plaintiff's hemp. However, Plaintiff respectfully submits that dismissal at this stage is premature and that the allegations concerning the Attorney General's Office remain relevant to Plaintiff's claims and the continuing nature of the harm alleged in this action.

II. ARGUMENT

A. THE ATTORNEY GENERAL'S OFFICE WAS PLACED ON NOTICE OF THE ALLEGED VIOLATIONS

Plaintiff alleges that the Office of the Attorney General was notified regarding the seizure of Plaintiff's hemp and the resulting damages suffered by Plaintiff's business.

As Kentucky's chief law enforcement officer, Attorney General Coleman and his office were placed on notice of Plaintiff's allegations that federally lawful hemp had been seized despite Plaintiff's compliance with applicable federal and state hemp regulations.

Plaintiff sought guidance, review, and corrective action regarding the seizure and the apparent conflict between enforcement actions taken against Plaintiff and the protections afforded to hemp under federal law, including Section 7606 of the Agricultural Act of 2014 and subsequent federal hemp legislation.

B. THE ATTORNEY GENERAL'S OFFICE IS RELEVANT TO PLAINTIFF'S EFFORTS TO SEEK RELIEF

Plaintiff's communications with the Attorney General's Office are relevant to demonstrate Plaintiff's efforts to obtain governmental review and administrative relief before and after filing this action.

Those communications are also relevant to Plaintiff's continuing efforts to address the consequences of the seizure and related governmental actions affecting Plaintiff's business operations.

Plaintiff maintains that notice provided to the Attorney General's Office is relevant evidence concerning the continuing nature of the dispute and Plaintiff's attempts to seek redress through governmental channels.

C. ALTERNATIVELY, PLAINTIFF REQUESTS LEAVE TO AMEND

Should the Court determine that the allegations against Defendant Coleman are insufficient under Rule 12(b)(6), Plaintiff respectfully requests leave to amend rather than dismissal with prejudice.

Plaintiff is proceeding pro se and has already sought leave to file a Second Amended Complaint. Federal courts generally favor resolution of cases on their merits and routinely permit amendment where additional factual allegations may cure any pleading deficiencies.

III. CONCLUSION

WHEREFORE, Plaintiff respectfully requests that Defendant Attorney General Russell Coleman's Motion to Dismiss be denied.

In the alternative, should the Court determine dismissal is appropriate, Plaintiff respectfully requests dismissal without prejudice and leave to amend so that additional facts may be presented if warranted by discovery or further investigation.

Respectfully submitted,

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Response was served upon all counsel of record through the Court's CM/ECF system and/or by United States Mail on this  17 day of June, 2026.

**Dana Emmitt Steadman**
**a.k.a. Dana Emmitt Hall**
**2820 Bon Ayr Road**
**Park City, Kentucky 42160**
**Plaintiff, Pro Se**

                          **Plaintiff, Pro SeRespectfully submitted,**


_Dana Steadman_
_____

**Dana Emmitt Steadman**
**Plaintiff, Pro Se**
**2820 Bon Ayr Road**
**Park City, KY 42160**
**270-670-4000**
**Dana52171@gmail.com**