**UNITED  STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION**

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: _____Jul 15, 2026_____

**DANA EMMITT STEADMAN**

    *Plaintiff*

v.

                                        **Civil Action No. 1:26-cv-00069-GNS**

**KENTUCKY STATE POLICE, et al.**

    `*Defendants*

---

## PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD WITH EXHIBITS

Plaintiff Dana Emmitt Steadman, proceeding pro se, respectfully moves this Court for leave to supplement the record with exhibits supporting the factual allegations contained in the Amended Complaint and responses to Defendants' motions to dismiss.

In support of this Motion, Plaintiff states as follows:

Plaintiff is proceeding pro se and has made diligent efforts to gather, organize, and prepare documentary evidence relevant to this action.

This action arises from the June 11, 2020 seizure of Plaintiff's federally compliant hemp inventory and the resulting damages to Plaintiff's business operations, reputation, property interests, and constitutional rights.

Plaintiff possesses numerous records and exhibits directly relevant to the claims and defenses asserted in this case, including but not limited to:

    a. Certificates of Analysis (COAs) demonstrating THC compliance of Plaintiff's hemp;

    b. Kentucky Department of Agriculture licensing records and related correspondence;

    c. Video recordings and photographic evidence relating to the June 11, 2020 seizure;

    d. Newspaper articles and media reports concerning Plaintiff's business and the seizure;

    e. Correspondence with state and local officials;

    f. Regulatory records and agency communications;

    g. Business records demonstrating damages and economic losses; and

    h. Additional documents supporting Plaintiff's factual allegations and claims for relief.

Several Defendants have filed motions to dismiss challenging the sufficiency of Plaintiff's allegations.

Plaintiff believes the proposed exhibits will assist the Court in understanding the factual background of the case and the basis for Plaintiff's claims.

Plaintiff has acted in good faith and is not seeking to delay these proceedings.

Because Plaintiff is proceeding without counsel and continues organizing a substantial number of exhibits accumulated over multiple years, Plaintiff respectfully requests leave to supplement the record as exhibits become available and properly organized.

Granting this Motion will not unfairly prejudice any Defendant and will promote resolution of this matter on its merits.

The interests of justice favor allowing the record to be supplemented with relevant documentary evidence.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order:

A. Granting Plaintiff leave to supplement the record with exhibits;

B. Permitting Plaintiff to file supporting exhibits in one or more supplemental filings;

C. Directing that such exhibits be considered as part of the record in this action; and

D. Granting all other relief to which Plaintiff may appear entitled.

Respectfully submitted,


Dana Emmitt Steadman
a/k/a Dana Emmitt Hall
2820 Bon Ayr Road
Park City, Kentucky 42160
Plaintiff, Pro Se

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Leave to Supplement the Record with Exhibits was served through the Court's CM/ECF system and/or by United States Mail upon all counsel of record on this 17. day of June, 2026.



Dana Emmitt Steadman
Plaintiff, Pro Se submitted,



Dana Emmitt Steadman
a/k/a Dana Emmitt Hall

**Plaintiff, Pro SeRespectfully submitted,**

**Dana Emmitt Steadman**
**Plaintiff, Pro Se**
**2820 Bon Ayr Road**
**Park City, KY 42160**
**270-670-4000**
**Dana52171@gmail.com**