**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | FILED |
|---|---|
| | JAMES J. VILT JR., CLERK |
| | U.S. DISTRICT COURT |
| | W/D OF KENTUCKY |
| | Date: _____ Jul 15, 2026 _____ |

**DANA EMMITT STEADMAN**

    *Plaintiff*

v.

**KENTUCKY STATE POLICE, et al.**

    `Defendants`

**Civil Action No. 1:26-cv-00069-GNS**

---

## MOTION FOR EXTENSION OF TIME

Plaintiff Dana Emmitt Steadman, proceeding pro se, respectfully moves this Court for an extension of time to file additional materials in support of her opposition to Defendants' Motion to Dismiss and to evaluate whether further amendment of the pleadings may be necessary.

In support of this motion, Plaintiff states as follows:

Plaintiff is proceeding without counsel.
This case involves multiple government agencies, officials, records, exhibits, and events occurring over several years.
Plaintiff possesses numerous records, photographs, licensing documents, testing records, correspondence, and other exhibits relevant to the issues raised in Defendants' Motion to Dismiss.
Plaintiff requires additional time to gather, organize, scan, and electronically file those materials in a format suitable for Court review.
Plaintiff further seeks sufficient time to review the arguments raised by Defendants and determine whether a further amendment of the pleadings would assist in clarifying the claims before the Court.
This request is made in good faith and not for purposes of delay.

WHEREFORE, Plaintiff respectfully requests that the Court grant an extension of time of 30 days and for all other relief to which she may be entitled.

Respectfully submitted,

**Dana Emmitt Steadman**
**Plaintiff, Pro Se**
**2820 Bon Ayr Road**
**Park City, KY 42160**
**270-670-4000**
**Dana52171@gmail.com**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion was filed through the Court's CM/ECF system and served upon all counsel of record.

**Dana Emmitt Steadman**
**Plaintiff, Pro Se**